UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SAMUEL L. THURMAN,   CIVIL NO. 08-4835 (JNE/JSM)

    Petitioner,

v.   ORDER

MS. M. CRUZ, Warden,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 9, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

    IT IS HEREBY ORDERED:

    1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DENIED; and

    2. This action is summarily DISMISSED WITH PREJUDICE.

Dated: October 8, 2008

                                        s/ Joan N. Ericksen
                                        JOAN N. ERICKSEN
                                        United States District Judge